Taylor, Chief-Justice.
 

 The indictment charges the offence sufficiently, if the facts will warrant the inference of law, that the act amounted to a trespass; for-the words “ with strong hand,” import something criminal' in ils nature, something more than is meant by the words
 
 vi et armis,
 
 which are the mere formal words in an action of trespass. The others constitute a sufficient allegation of an actual force used, amounting to a breach of the peace, more especially when it is charged to have been committed by two persons. The enquiry therefore is, whether the facts proved, according to the case sent up, amount to an indictable trespass. In
 
 Regina
 
 v.
 
 Soley
 
 &
 
 others,
 
 it is said by
 
 Lord Holt,
 
 that *• as to what act Will make a riot or trespass, such act as will make a trespass, will make a riot by which he must be understood to mean, if committed by three or more persons. (11
 
 Mod.
 
 116). The converse of the proposition most be true, that a trespass committed by three or more persons will make a riot. In every trespass, as well as riot, there, must be some circumstances, either of an actual force or violence, or at least of an apparent tendency thereto, as are apt to strike a terror into the people ; but it is not necessary that personal violence should have been committed.
 
 (Clifford
 
 v.
 
 Brandon,
 
 2
 
 Campbell
 
 369). Any resistance on the part of the prosecutrix must have led to an actual breach of the peace ; but the resistance of two women to the four persons who came to take the
 
 *506
 
 corn, must have been unavailing. They came there to take it, and would have used the necessary force, if their numbers had not terrified the owner into submission. It ¡s n0 anawer t0 the indictment therefore, that they quietly gathered the corn, and pot it into the cart; for acts of extreme violence, as robbery, are sometimes committed under a very civil appearance. I think this was more that» a civil
 
 injury;
 
 and for the reason given by the Judge who tried the cause, I am of opinion that the judgment should he affirmed.
 

 Per Curiam — Judgment affirmed.